UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYCE A. JACKSON,<br><br>     Plaintiff,<br><br>     v.<br><br>CHUCK ATKINS, et al.,<br><br>     Defendant. | CASE NO. 3:22-cv-05304-RSM-BAT<br><br>**ORDER OF DISMISSAL** |

The Court having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, all objections,[1] and the remaining record, finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation (Dkt. #10).

(2) The case is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff.

DATED this 11th day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed three documents in objecting to the Report and Recommendation. Dkts. ##11–13. The Court reviewed each of Plaintiff's objections, though one is a duplicate filing. Plaintiff's objections advance the same arguments already rejected by the R&R and fail to demonstrate any error of law or fact. The Court rejects them.

ORDER OF DISMISSAL - 1